NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EUGENE D. JOHNSON,**
*Petitioner,*

**v.**

**DEPARTMENT OF HEALTH AND HUMAN SERVICES,**
*Respondent.*

---

2014-3104

---

Petition for review of the Merit Systems Protection Board in No. DC-3443-14-0150-I-1.

---

**ON MOTION**

---

**O R D E R**

Eugene D. Johnson moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. The docketing fee of $500 must be paid within 14 days from the date of this order.

2                                     JOHNSON v. HHS

                                      FOR THE COURT

                                      /s/ Daniel E. O'Toole
                                      Daniel E. O'Toole
                                      Clerk of Court

s24